IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JALIL HASAN | : | CIVIL ACTIOIN |
| | : | |
| Plaintiff, | : | |
| | : | NO. 10-3663 |
| v. | : | |
| | : | |
| LOWER MERION SCHOOL DISTRICT, | : | |
| THE BOARD OFLOWER MERION SCHOOL | : | |
| DISTRICT,CHRISTOPHER W. McGINLEY, | : | |
| Superintendent of Lower Merion School | : | |
| District, and BLAKE J. ROBBINS, a Minor, by | : | |
| his Parents    and Natural Guardians, | : | |
| MICHAEL E. ROBBINS and HOLLY S. | : | |
| ROBBINS, Individually, and on Behalf of all | : | |
| Similarly Situated Persons, | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 14th day of October, 2010, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

BY THE COURT:

_____
JAN E. DUBOIS, J.